1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10  FRASER ROTCHFORD,

11              Plaintiff,

CASE NO. 3:19-cv-06254-BHS-JRC

12       v.

REPORT AND
RECOMMENDATION

13  SUCKOH ET AL.,

NOTED FOR: MAY 8, 2020

14              Defendants.

15

16     This 42 U.S.C. § 1983 civil rights complaint has been referred to the undersigned

17  Magistrate Judge. On December 30, 2019, plaintiff filed his proposed civil rights complaint. Dkt.

18  1. Plaintiff did not file an application to proceed *in forma pauperis* ("IFP") or pay the filing fee.

19  Dkt. 1; Dkt. 3.  On January 3, 2020, the Clerk's Office instructed plaintiff to pay the filing fee or

20  file an application to proceed IFP on or before February 3, 2020 and provided plaintiff with the

21  IFP form. Dkt. 3; Dkt. 3-1.

22
23
24

REPORT AND RECOMMENDATION - 1

1  On March 4, 2020, the Court ordered plaintiff to submit an application to proceed IFP or pay the filing fee by April 2, 2020. Dkt. 4. The Court warned plaintiff that failure to comply with the Court's order would result in a recommendation that this case be dismissed. *Id.*

Plaintiff has failed to comply with the Court's order. He has not filed an IFP form or paid the filing fee. Accordingly, the Court recommends that this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on May 8, 2020 as noted in the caption.

Dated this 15th day of April, 2020.

J. Richard Creatura
United States Magistrate Judge